Fill in this information to identify the case:

Debtor name: **Minal Pharmacy, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arooj Salam** <br> **31 Sceptor Run** <br> **Sugar Land, TX** <br> **77498** | | **Business debt** | | | | **$10,000.00** |
| **ATT** <br> **P.O Box 5080** <br> **Carol Stream, IL** <br> **60188** | | **Business debt** | | | | **$0.00** |
| **Bank of America** <br> **P.O. Box 7047** <br> **Dover, DE** <br> **19903-7047** | | **Business debt** | | | | **$34,297.22** |
| **CVS Caremark** <br> **P.O. Box 659539** <br> **San Antonio, TX** <br> **78265-9539** | | **Business Debt** | **Disputed** | | | **$17,784.69** |
| **Friends Pharmacy** <br> **d/b/a Krauzers** <br> **Pharmacy** <br> **19953 Conant St.** <br> **Detroit, MI 48234** | | **Business Debt** | | | | **$40,000.00** |
| **Guardian Alarm** <br> **20800 Southfield Road** <br> **Southfield, MI 48075** | | **Business debt** | | | | **$0.00** |
| **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **P.O. Box 7346** <br> **Philadelphia, PA** <br> **19101-7346** | | **Listed for notice purposes only** | | | | **$0.00** |
| **Michigan Dept. of Health & Human Svcs.** <br> **PO Box 30437** <br> **Lansing, MI 48909** | | **Judgment** | **Disputed** | | | **$607,599.80** |

Debtor **Minal Pharmacy, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Minal Investment Corp.**<br>**5330 Keswick Court**<br>**Rochester, MI 48306** | | **Business debt** | | | | $20,742.74 |
| **State of Michigan Department of Treasury**<br>**P.O. Box 77437**<br>**Detroit, MI 48277-0437** | | **Listed for notice purposes only** | | | | $0.00 |