

3153 (Rev. 01-19)

GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: Minal Pharmacy Inc
5330 Keshwick Court
Rochester, MI. 48306

Case No.: 21-43364
Chapter 11
Hon. Thomas J. Tucker

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | |
|---|---|
| Secured: Claim No. | $ |
| Priority: Claim No. 1-1 | $54,634.00 |
| Unsecured: Claim No. 1-1 | $39,267.31 |
| Administrative: Claim No. | $ |

Total to be withdrawn: $93,901.31

/s/ Belinda Walker

Bankruptcy Clerk
Collection Services Bureau, Bankruptcy

P.O. BOX 30443 • LANSING, MICHIGAN 48909-7943
www.michigan.gov/treasury • 636-7065